[No. 31667-0-III.   Division Three.   September 16, 2014.]

GB Auctions, Inc., *Respondent*, v. Private Ledger, Inc.,
*Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-2-05089-5, Tari S. Eitzen, J., entered April 12, 2013. *Reversed* and *remanded* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Fearing, J.

[No. 31785-4-III.   Division Three.   September 18, 2014.]

*In the Matter of the Parental Rights to* A.B.

Appeal from a judgment of the Superior Court for Asotin County, No. 12-7-00060-7, William D. Acey, J., entered June 10, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Korsmo, JJ.

[No. 31806-1-III.   Division Three.   September 18, 2014.]

Brian Romer, *Appellant*, v. Washington State University,
*Respondent*.

Appeal from a judgment of the Superior Court for Whitman County, No. 13-2-00002-2, David Frazier, J., entered June 25, 2013. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Fearing, J.

[No. 66295-3-I.   Division One.   September 22, 2014.]

The State of Washington, *Respondent*, v. Jason Reeves Lee,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-07500-6, Ronald Kessler, J., entered October 20, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Verellen, A.C.J., and Dwyer, J.